JUDGE RAKOFF

08 CV 4997

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ABS BREAKBULK SERVICES GMBH
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABS BREAKBULK SERVICES GMBH,

                Plaintiff,

    v.

TOTALMAR NAVIGATION CORP.,
                Defendant.
------------------------------------------------------------X



08 CV _____ (___)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, ABS BREAKBULK SERVICES GMBH, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
        May 29, 2008

                                                      CHALOS, O'CONNOR & DUFFY, LLP
                                                      Attorneys for Plaintiff,
                                                      ABS BREAKBULK SERVICES GMBH

                              By:   /s/ George E. Murray
                                          George E. Murray (GM-4172)
                                          Owen F. Duffy (OD-3144)
                                          366 Main Street
                                          Port Washington, New York 11050
                                          Tel: (516) 767-3600
                                          Fax: (516) 767-3605