**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ABS BREAKBULK SERVICES GMBH,

          Plaintiff,

    - against -

TOTALMAR NAVIGATION CORP.

          Defendant.

-------------------------------------------------------X

ECF CASE

08 Civ 4997 (JSR)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

Totalmar Navigation Corp., by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified Complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendant, Totalmar Navigation Corp.

Dated: New York, New York
       June 3, 2008

                              **LAW OFFICES OF RAHUL WANCHOO**
                              Attorneys for Defendant
                              Totalmar Navigation Corp.

                              By: _Rahul Wanchoo_
                                 Rahul Wanchoo (RW-8725)