CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ABS BREAKBULK SERVICES GMBH
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ABS BREAKBULK SERVICES GMBH,

    Plaintiff,

  v.

TOTALMAR NAVIGATON CORP.,

    Defendant.
------------------------------------------------------------------X

08 CV _____ (___)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

  An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

  NOW, on reading and filing the affidavit of George E. Murray, sworn to the 29th day of May, 2008, and good cause having been shown, it is hereby

  **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant TOTALMAR NAVIGATION CORP.

Dated: New York, New York
   May __, 2008

            SO ORDERED:

            _____
            U.S.D.J.