UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ABS BREAKBULK SERVICES GMBH,

                Plaintiff,

- against -

TOTALMAR NAVIGATION CORP.

                Defendant.

------------------------------------------------------X

ECF CASE

08 Civ 4997 (JSR)

**NOTICE OF MOTION**

SIRS:

      PLEASE TAKE NOTICE, that Defendant, Totalmar Navigation Corp. ("Totalmar"), by its attorneys Law Offices of Rahul Wanchoo, will move this Court, before the Honorable Judge Rakoff, United States District Court Judge, at the United States Courthouse for the Southern District of New York, on Tuesday, August 22, 2008 at 4:00 p.m., which is the time established by the Court, for an Order reducing the ex parte order of maritime attachment obtained by the Plaintiff, together with such other, further and different relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that, as agreed by all appearing counsel, opposing papers, if any, must be served so as to be received by Totalmar's counsel no later than August 15, 2008.

Dated: New York, New York
       August 1, 2008

                                    LAW OFFICES OF RAHUL WANCHOO
                                    Attorneys for Defendant

                                    /s/ Rahul Wanchoo
                                    Rahul Wanchoo (RW 8725)