UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABS BREAKBULK SERVICES GMBH,

                    Plaintiff,

    -against-

TOTALMAR NAVIGATION CORP.

                    Defendant

ECF CASE
08 CIV 4997 (JSR)

## AFFIRMATION OF SERVICE

Rahul Wanchoo affirms under penalty of perjury:

That I am an attorney admitted to practice in the State of New York and am a member of the firm of Law Offices of Rahul Wanchoo, attorneys for Defendant in the above captioned matter.

I certify that on August 1, 2008, I electronically filed the Memorandum of Law in Support of Defendant's Motion for Reduction in the Amount of Security, and it is being served this day on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF, including counsel below:

Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, New York 11050
Tel (516) 767-3600
Attorneys for Plaintiff - ABS Breakbulk Services GmbH

Dated: August 1, 2008
      New York, New York

_____/s/_____
Rahul Wanchoo