```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ABS BREAKBULK SERVICES GMBH,          :
                                      :
            Plaintiff,                :    08 Civ. 4997 (JSR)
                                      :
       -v-                            :    ORDER
                                      :
TOTALMAR NAVIGATION CORPORATION,      :
                                      :
            Defendant.                :
------------------------------------- :
                                      x
```

JED S. RAKOFF, U.S.D.J.

Defendant Totalmar Navigation Corporation has moved to reduce the amount of security provided for in the Process of Maritime Attachment and Garnishment issued on May 30, 2008. For the reasons stated from the bench, see Tr. 9/2/08, the motion is denied.

SO ORDERED.

Dated: New York, NY
       September 2, 2008

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08